845 A.2d 601

IN THE MATTER OF DAVID B. GROSSMAN AN ATTORNEY AT LAW (ATTORNEY NO. 011871986).

April 8, 2004.

## ORDER

**DAVID B. GROSSMAN** of **CENTRAL SQUARE, NEW YORK,** who was admitted to the bar of this State in 1987, having pleaded guilty to participating in a money-laundering conspiracy, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED pursuant to *Rule* 1:20–13(b)(1), that **DAVID B. GROSSMAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DAVID B. GROSSMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that **DAVID B. GROSSMAN** be restrained and enjoined from practicing law during the period of his suspension.